MN,ND-305
(5/94)

#191377
08-023 cnw

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                    **HEGGE, JAMES**

Chapter 13 Case No.        **06-42990**
                           jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PREFEREED TITLE<br>CINDY HEATON<br>113 WEST BROADWAY<br>PO BOX 727<br>MONTICELLO, MN 55362 | 12 | $7,000.00 | $126.48 |

**TOTAL TO CLERK'S FUND**                                              $126.48

**August 20, 2010**                         /s/ Kyle L Carlson
DATE                                        TRUSTEE



RECEIVED 10 AUG 23 AM 8:40 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN